1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 BARBARA HILL,
11        Plaintiff,                    CIV S-06-2772 EFB
12    vs.
13 JO ANNE B. BARNHART,                 ORDER
   Commissioner of Social Security,
14
        Defendant.
15 _____/

16     Plaintiff has not paid the fee ordinarily required to file an action in this court, and has
17 filed an incomplete application to proceed without prepayment of fees. *See* 28 U.S.C.
18 §§ 1914(a), 1915(a).  In response to question 2, plaintiff fails to state the date of her last
19 employment, the amount of her take-home salary and the name and address of her last employer.
20 Plaintiff also did not respond to question 3 (f), which inquires whether she receives money from
21 "any other sources."  Plaintiff's incomplete application fails fully to inform the court whether
22 plaintiff is unable to prepay fees and costs or give security for them, and therefore fails to meet
23 the requirements of 28 U.S.C. § 1915(a).  Therefore, plaintiff's application is denied without
24 prejudice.  Plaintiff will be provided the opportunity to submit either the appropriate affidavit in
25 support of a request to proceed *in forma pauperis* or the appropriate filing fee.
26 /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either a completed application and affidavit in support of her request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed *in forma pauperis*.

DATED: December 19, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE