HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA D. HILL,         ) | Case No.: 2:06-CV-02772 EFB |
|                          ) | |
|     Plaintiff,           ) | |
|                          ) | |
| v.                       ) | STIPULATION AND ORDER |
|                          ) | |
|                          ) | |
| MICHAEL J. ASTRUE        ) | |
| Commissioner, Social Security ) | |
| Administration,          ) | |
|                          ) | |
|     Defendant.           ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (7) days up through and including Monday, July 16, 2007, in which to file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

/////

/////

/////

/////

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated:  July 5, 2007 | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Assistant U.S. Attorney |
| Dated: July 5, 2007 | */s/Harvey P. Sackett*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>BARBARA D. HILL |

IT IS SO ORDERED.

Dated:   July 16, 2007.

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

2

STIPULATION AND ORDER