McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BARBARA HILL, ) | CIVIL NO. 2:06-CV-02772-EFB |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge ("ALJ") and direct him or her to properly consider medical source opinions as to Plaintiff's need for a sheltered work environment.  The ALJ also will update the record as to Plaintiff's mental and physical impairments and offer Plaintiff an opportunity for a new hearing.

    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of

the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                              Respectfully submitted,

Dated: August 14, 2007                /s/   *Harvey P. Sackett*
                                              (As authorized via facsimile)
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff

Dated: August 14, 2007                McGREGOR W. SCOTT
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              /s/   *Jacqueline A. Forslund*
                                              JACQUELINE A. FORSLUND
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant

                                              <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:   August 14, 2007.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE